In the Matter of the Claim of ELMER G. LOSCH, Respondent, against CURTISS-WRIGHT CORPORATION et al., Appellants. WORKMEN'S COMPENSATION BOARD, Respondent.

Argued January 11, 1950; decided March 2, 1950.

*Albert P. Thill* and *John P. Smith* for appellants.

*Nathaniel L. Goldstein, Attorney-General* (*Daniel Polansky, Wendell P. Brown* and *Roy Wiedersum* of counsel), for Workmen's Compensation Board, respondent.

Order affirmed, with costs; no opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, DYE, FULD and FROESSEL, JJ.